

| | |
|---|---|
| Account Number: | ■■■■7586 |
| New Balance: | $25,936.10 |
| Minimum Payment Due: | $518.00 |
| Payment Due Date: | November 14, 2017 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$ _____

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

2253   108779

JOANNA VINCE
1143 NEWCASTLE AVE
WESTCHESTER IL 60154-2639

Change of Address? If yes, please complete reverse side.

■■■■7586   0000000051800   0000002593610

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Overstock.com™ Rewards Mastercard®

Account Number: ■■■■7586
Page 001 of 003

 **Account Summary**

| | |
|---|---|
| Previous Balance | $23,269.31 |
| Payments | -$500.00 |
| Other Credits | -$0.00 |
| Purchases | +$2,917.48 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$249.31 |
| New Balance | $25,936.10 |
| Statement Closing Date | 10/18/17 |
| Days in Billing Cycle | 30 |

| | |
|---|---|
| Total Credit Limit | $30,000.00 |
| Available Credit | $4,063.00 |
| Cash Limit | $6,000.00 |
| Available Cash | $4,063.00 |

**Payment Information**

| | |
|---|---|
| New Balance | $25,936.10 |
| Minimum Payment Due | $518.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | November 14, 2017 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased to a Penalty APR of up to 30.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 29 years | $59,706 |
| $866 | 3 years | $31,176 (Savings $28,530) |

If you would like information about credit counseling services, call 1-866-486-6322.

 **Customer Service**

Save Time and Stamps by Paying Online!

**Call:  Toll Free  1-866-348-3036**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-386-8231)
**Visit: www.firstbankcard.com/overstock**
Remit to: First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557

**Smart Tips**

**Avoid Credit Card Fraud**
Do not give out your account number over the phone unless you initiate the call. Credit card thieves have been known to pose as credit card issuers and other businesses to trick you into giving out your credit card number. Legitimate companies don't call you to ask for a credit card number over the phone.

 **Rewards Summary**

Use your card to earn 3% for every $1 spent at Overstock.com, 2% for every $1 spent on Gas Purchases & Grocery Purchases and 1% on other Net Purchases. Review your rewards terms and conditions for complete details including limitations.

Club O Rewards earned on transactions appearing on this statement:
  $0.00 Club O Rewards earned on Overstock.com Purchases
  $3.58 Club O Rewards earned on Gas Purchases & Grocery Purchases
 $27.38 Club O Rewards earned on other Net Purchases
  $0.00 Bonus Club O Rewards earned
 $30.96 Total Club O Rewards earned

Get more with Club O by logging into your Club O Account at Overstock.com and start redeeming your Club O Rewards today!

**Transaction Detail**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 10-13 | 10-13 | 85411177286045001476084 | ONLINE PAYMENT THANK YOU | $500.00 (CR) |
| **Transactions** | | | | |
| 9-19 | 9-19 | 55432867262100164815347 | SXM*SIRIUSXM.COM/ACCT 888-635-5144 NY | $30.73 |
| 9-19 | 9-20 | 55310207282083077739595 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $24.99 |
| 9-21 | 9-22 | 55432557264100768791272 | EXPEDIA 7297622308073 EXPEDIA.COM WA | $4.60 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page



**FREE** online access to your account.
Anytime. Day or night.

Account Number:
▮▮▮▮▮▮ 7586
Page 002 of 003

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 9-21 | 9-25 | 55417347265872652555291 | AMERICAN BELLEVUE WA | $222.20 |
|  |  | Ticket: 001869478863555 Name: LEITELT/JORDAN |  |  |
| 9-21 | 9-25 | 55417347265872652555309 | AMERICAN BELLEVUE WA | $222.20 |
|  |  | Ticket: 001869478863566 Name: LEITELT/SANDRA |  |  |
| 9-21 | 9-25 | 55432867265100243881010 | UNITED 800-932-2732 TX | $53.20 |
|  |  | Ticket: 016869478567900 Name: LEITELT/JORDAN |  |  |
| 9-21 | 9-25 | 55432867265100243881028 | UNITED 800-932-2732 TX | $53.20 |
|  |  | Ticket: 016869478566801 Name: LEITELT/SANDRA |  |  |
| 9-22 | 9-25 | 55432867265100396216592 | Amazon.com AMZN.COM/BILL WA | $74.92 |
| 9-25 | 9-27 | 05436847269100038979143 | IL TOLLWAY AUTO REPLEN 800-824-7277 IL | $40.00 |
| 9-26 | 9-28 | 55548077270804000351436 | COST PLUS WLD #75 OAKBROOK IL | $90.37 |
| 9-27 | 9-28 | 25536057271103008295799 | PETE'S FRESH MARKE OAKBROOK TERR IL | $123.21 |
| 9-27 | 9-28 | 55432867270100996547891 | APL* ITUNES.COM/BILL 866-712-7753 CA | $3.18 |
| 9-27 | 9-29 | 55548077271504000147734 | COST PLUS WLD #75 OAKBROOK IL | $83.11 |
| 9-27 | 9-29 | 55190847271976267606405 | AFTA EFFECTS SALON AN WESCHESTER IL | $75.00 |
| 9-28 | 9-29 | 55432867271100799301375 | HIS*HISCOX INC 888-202-3007 GA | $58.33 |
| 9-28 | 10-02 | 55432867272100102717140 | STARBUCKS T2 BC ORD CHICAGO IL | $7.25 |
| 9-29 | 10-02 | 55432867273100610498026 | JOHN HANCOCK GARAGE 312-944-5994 IL | $37.00 |
| 9-29 | 10-02 | 85179397273700305732621 | THE SIGNATURE ROOM AT CHICAGO IL | $302.00 |
| 9-29 | 10-02 | 25415757273005065368722 | WABASH RANDOLPH GARAGE CHICAGO IL | $40.00 |
| 9-30 | 10-02 | 55432867273100729331555 | APL* ITUNES.COM/BILL 866-712-7753 CA | $2.99 |
| 9-30 | 10-02 | 55500807274706000352565 | PANDORA OAKBROOK 21819 OAK BROOK IL | $161.25 |
| 10-02 | 10-02 | 55432867275100822851677 | LOGMEIN*GOTOMYPC.COM 888-646-0014 MA | $24.70 |
| 10-01 | 10-03 | 75547547275210700042307 | THE CLUBHOUSE OAK BROOK IL | $181.00 |
| 10-02 | 10-03 | 05436847276500092991457 | PUBLIC STORAGE 23117 800-567-0759 IL | $64.00 |
| 10-04 | 10-05 | 55432867277200872001421 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $30.49 |
| 10-04 | 10-05 | 55316587277740277860256 | BP#97403901410 CRAIQPS LISLE IL | $56.07 |
| 10-04 | 10-05 | 05140487277720007869439 | PANERA BREAD #1019 WESTCHESTER IL | $4.87 |
| 10-06 | 10-10 | 55190847281976287773823 | OAK RIVER CLEANERS WESTCHESTER IL | $11.95 |
| 10-07 | 10-10 | 05436547281100201397689 | CRACKER BARREL #74 AND ANDERSON IN | $51.80 |
| 10-08 | 10-10 | 55310207281083017861762 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $30.49 |
| 10-09 | 10-10 | 55444367282400472000100 | THE PITT BARBEQUE GRIL ANDERSON IN | $54.17 |
| 10-09 | 10-10 | 55444367282400472000134 | THE PITT BARBEQUE GRIL ANDERSON IN | $20.37 |
| 10-12 | 10-13 | 55432867285200724265687 | VONAGE *PRICE+TAXES 866-243-4357 NJ | $20.30 |
| 10-12 | 10-13 | 55432867285200724267931 | VONAGE *PRICE+TAXES 866-243-4357 NJ | $41.81 |
| 10-13 | 10-16 | 55432867286200923075217 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $205.65 |
| 10-16 | 10-16 | 55432867287200003459048 | Amazon.com AMZN.COM/BILL WA | $55.47 |
| 10-13 | 10-16 | 55432867287200080603595 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $23.99 |
| 10-13 | 10-16 | 55432867287200088210897 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $12.00 |
| 10-14 | 10-16 | 55432867287200154769313 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $17.95 |
| 10-14 | 10-16 | 55432867287200185977178 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $133.54 |
| 10-14 | 10-16 | 55432867287200275026924 | J2 EFAX SERVICES 323-817-3205 CA | $16.95 |
| 10-14 | 10-16 | 55310207287083087735155 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $81.19 |
| 10-15 | 10-17 | 05314617289100078161750 | BUDDY BEAR CAR WASH - BELLWOOD IL | $23.99 |
| 10-17 | 10-17 | 55432867290200819740175 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $45.00 |

**Fees**

| Total Fees For This Period | $0.00 |
|---|---|

**Interest Charged**

| Interest Charge on Purchases | $194.96 |
|---|---|
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $54.35 |
| **Total Interest For This Period** | **$249.31** |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.   (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 16.99% (v) | N/A | $13,976.32 | 30 | $194.96 |
| Cash Advance | 26.24% (v) | N/A | $0.00 | 30 | $0.00 |

Continued next page

 

Account Number: ▇▇▇▇7586
New Balance: .................$28,968.09
Minimum Payment Due: .............$1,108.00
Payment Due Date: ..... December 14, 2017

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Make checks payable to First Bankcard
Amount of Payment Enclosed

$

2253   110003

JOANNA VINCE
1143 NEWCASTLE AVE
WESTCHESTER IL 60154-2639

Change of Address? If yes, please complete reverse side.


▇▇▇▇7586   0000000110800   0000002896809

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Overstock.com™ Rewards Mastercard®

Account Number:
▇▇▇▇7586
Page 001 of 003

 ### Account Summary

| | |
|---|---|
| Previous Balance | $25,936.10 |
| Payments | -$0.00 |
| Other Credits | -$129.50 |
| Purchases | +$2,857.29 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$26.00 |
| Interest Charged | +$278.20 |
| **New Balance** | **$28,968.09** |
| Statement Closing Date | 11/16/17 |
| Days in Billing Cycle | 29 |
| Total Credit Limit | $30,000.00 |
| Available Credit | $1,031.00 |
| Cash Limit | $6,000.00 |
| Available Cash | $1,031.00 |

### Payment Information

| | |
|---|---|
| New Balance | $28,968.09 |
| Minimum Payment Due | $1,108.00 |
| Past Due Amount | $518.00 |
| Payment Due Date | December 14, 2017 |

⚠ **Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased to a Penalty APR of up to 30.99%.

⚠ **Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 30 years | $67,071 |
| $974 | 3 years | $35,064 (Savings $32,007) |

If you would like information about credit counseling services, call 1-866-486-6322.

 **Customer Service**
Save Time and Stamps by Paying Online!

**Call: Toll Free 1-866-348-3036**
(TDD Telecommunications Device for the Deaf: 1-800-825-2833) (Balance Transfer Hotline: 1-877-388-8231)
**Visit: www.firstbankcard.com/overstock**
Remit to: First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557

### 💡 Smart Tips

Holiday shopping can put a strain on your credit. Keep track of your spending by collecting receipts and adding them up, like you would do when balancing a checkbook. That can help you avoid a January surprise!

### Rewards Summary

Use your card to earn 3% for every $1 spent at Overstock.com, 2% for every $1 spent on Gas Purchases & Grocery Purchases and 1% on other Net Purchases. Review your rewards terms and conditions for complete details including limitations.

Club O Rewards earned on transactions appearing on this statement:
  $0.00 Club O Rewards earned on Overstock.com Purchases
  $7.14 Club O Rewards earned on Gas Purchases & Grocery Purchases
  $23.70 Club O Rewards earned on other Net Purchases
  $0.00 Bonus Club O Rewards earned
  $30.84 Total Club O Rewards earned

Get more with Club O by logging into your Club O Account at Overstock.com and start redeeming your Club O Rewards today!

### Important Information Regarding Your Account

By your closing date, we had not received the required payment.
Please forward the proper minimum amount due to bring your account current.

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page

## PAY BILLS THE EASY WAY
Simply use your credit card    PAID

Now there's no need to write checks or worry about delays in the mail. Just pay bills with your credit card! Then view all your payments right on your monthly statement.

1. **Contact** the companies that send you bills. Be sure to have your bill handy.
2. **Pay** with your credit card. Even schedule automatic payments.
3. **Relax** knowing your bills are paid on time.

Account Number: ███████7586
Page 002 of 003

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 10-19 | 10-19 | 55432867292200316878815 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $9.56 (CR) |
| 11-01 | 11-01 | 55432867305200652565195 | HIS*HISCOX INC 888-202-3007 GA | $109.03 (CR) |
| 11-13 | 11-13 | 55432867317200354047142 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $10.91 (CR) |
| **Transactions** | | | | |
| 10-17 | 10-19 | 85544027291980003208699 | CT Nails LTD DARIEN IL | $140.00 |
| 10-18 | 10-19 | 55310207291083087538348 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $15.72 |
| 10-19 | 10-19 | 55432867292200310444291 | SXM*SIRIUSXM.COM/ACCT 888-635-5144 NY | $30.73 |
| 10-20 | 10-23 | 55316587293740293470296 | BP#97403901410 CRAIQPS LISLE IL | $52.65 |
| 10-21 | 10-23 | 55310207294083127290220 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $162.78 |
| 10-21 | 10-23 | 55308767295547743025984 | SHELL OIL 57445111008 BROOKFIELD IL | $27.65 |
| 10-22 | 10-23 | 05410197295091008269548 | TARGET    00024901 HILLSIDE IL | $70.42 |
| 10-27 | 10-30 | 55541867301004020819660 | ADOBE 800-833-6687 CA | $191.12 |
| 10-28 | 10-30 | 55310207301083037520337 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $71.75 |
| 10-28 | 10-30 | 55429507301637935670754 | HEALTHSHARE 8555854237 OH | $279.00 |
| 10-30 | 10-30 | 55432867303200548192842 | HIS*HISCOX INC 888-202-3007 GA | $58.33 |
| 10-30 | 10-31 | 55432867303200823510239 | APL* ITUNES.COM/BILL 866-712-7753 CA | $2.61 |
| 11-01 | 11-01 | 55310207305400100001704 | PAPPADEAUX SEAFOOD KTC WESTMONT IL | $196.00 |
| 11-01 | 11-02 | 55429507305894646480738 | PAYPAL *KIMOTOCC 4029357733 CA | $700.00 |
| 11-01 | 11-02 | 55429507305894547755351 | PAYPAL *KIMOTOCC 4029357733 CA | $5.60 |
| 11-01 | 11-03 | 55190847306976242448336 | AFTA EFFECTS SALON AN WESCHESTER IL | $85.00 |
| 11-02 | 11-03 | 05436547307500088713579 | PUBLIC STORAGE 23117 800-567-0759 IL | $64.00 |
| 11-02 | 11-03 | 55432567308200630456565 | LOGMEINGOTOMYPC.COM 888-646-0014 MA | $24.70 |
| 11-05 | 11-06 | 55310207308083013798115 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $101.70 |
| 11-07 | 11-08 | 05436847311100035701103 | IL TOLLWAY AUTO REPLEN 800-824-7277 IL | $40.00 |
| 11-09 | 11-13 | 05410197313091007424353 | TARGET    00024901 HILLSIDE IL | $162.73 |
| 11-10 | 11-13 | 85185373169890012894823 | CT NAILS DARIEN IL | $165.00 |
| 11-11 | 11-13 | 55308767316547621037957 | SHELL OIL 57444094601 WESTCHESTER IL | $43.77 |
| 11-11 | 11-13 | 55190847315975261295313 | OAK RIVER CLEANERS WESTCHESTER IL | $48.00 |
| 11-12 | 11-13 | 55310207316083013269621 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $38.97 |
| 11-12 | 11-13 | 55432867316200097369226 | VONAGE *PRICE+TAXES 866-243-4357 NJ | $41.81 |
| 11-12 | 11-13 | 55432867316200097370547 | VONAGE *PRICE+TAXES 866-243-4357 NJ | $20.30 |
| 11-14 | 11-15 | 55432867318200206641826 | J2 EFAX SERVICES 323-817-3205 CA | $16.95 |
| **Fees** | | | | |
| 11-14 | 11-16 | 75201827320000320062090 | LATE FEE | $26.00 |
| **Total Fees For This Period** | | | | $26.00 |
| **Interest Charged** | | | | |
| Interest Charge on Purchases | | | | $226.57 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $51.63 |
| **Total Interest For This Period** | | | | $278.20 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.    (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 16.99% (v) | N/A | $16,802.15 | 29 | $226.57 |
| Cash Advance | 26.24% (v) | N/A | $0.00 | 29 | $0.00 |
| Oct16 BT Special | 5.99% (f) | N/A | $2,767.88 | 29 | $13.15 |
| Dec16 BT Special | 5.99% (f) | N/A | $8,092.88 | 29 | $38.48 |

### 2017 Total Year-to-Date
Total fees charged in 2017 .................................................. $163.00
Total interest charged in 2017 ............................................ $1,443.23

Continued next page

 

Account Number: ███████ 7586
New Balance: .......................$30,291.29
Minimum Payment Due: ............$1,261.00
Payment Due Date: ......... January 14, 2018

Make checks payable to First Bankcard
Amount of Payment Enclosed

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

$

2253    111326

JOANNA VINCE
1143 NEWCASTLE AVE
WESTCHESTER IL 60154-2639

Change of Address? If yes, please complete reverse side.

███████ 7586   0000000126100   0000003029129

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Overstock.com™ Rewards Mastercard®

Account Number: ███████ 7586
Page 001 of 003

### Account Summary

| | |
|---|---|
| Previous Balance | $28,968.09 |
| Payments | -$518.00 |
| Other Credits | -$0.00 |
| Purchases | +$1,468.86 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$37.00 |
| Interest Charged | +$335.34 |
| **New Balance** | **$30,291.29** |
| Statement Closing Date | 12/18/17 |
| Days in Billing Cycle | 32 |
| Total Credit Limit | $30,000.00 |
| Available Credit | $0.00 |
| Cash Limit | $6,000.00 |
| Available Cash | $0.00 |

### Payment Information

| | |
|---|---|
| New Balance | $30,291.29 |
| Minimum Payment Due | $1,261.00 |
| Past Due Amount | $590.00 |
| Payment Due Date | January 14, 2018 |

 **Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased to a Penalty APR of up to 30.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 31 years | $70,248 |
| $1,022 | 3 years | $36,792 (Savings $33,456) |

If you would like information about credit counseling services, call 1-866-486-6322.

 **Customer Service**
Save Time and Stamps by Paying Online!

**Call:** Toll Free 1-866-348-3036
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-388-8231)
**Visit:** www.firstbankcard.com/overstock
Remit to: First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557

 **Smart Tips**

Happy holidays! Keep in mind that the busy holiday shopping season is also prime season for identity thieves. Keep an eye on your card at the register, destroy all sensitive documents before throwing them away, and check your credit reports for suspicious activity at least once a year.

 **Rewards Summary**

Use your card to earn 3% for every $1 spent at Overstock.com, 2% for every $1 spent on Gas Purchases & Grocery Purchases and 1% on other Net Purchases. Review your rewards terms and conditions for complete details including limitations.

Club O Rewards earned on transactions appearing on this statement:
   $0.00 Club O Rewards earned on Overstock.com Purchases
   $1.54 Club O Rewards earned on Gas Purchases & Grocery Purchases
  $13.91 Club O Rewards earned on other Net Purchases
   $0.00 Bonus Club O Rewards earned
  $15.45 Total Club O Rewards earned

Get more with Club O by logging into your Club O Account at Overstock.com and start redeeming your Club O Rewards today!

### Important Information Regarding Your Account

By your closing date, we had not received the required payment.
Please forward the proper minimum amount due to bring your account current.

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page



## A note of thanks
### for being our cardmember!

We're proud to be your credit card of choice. And we're here for you as your financial needs change. Count on us for practical solutions to any financial challenge you face.

Contact us 24 hours a day by phone or online.

**Account Number:**
▮▮▮▮ 7586
Page 002 of 003

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 11-23 | 11-24 | 8541117732804500134272 | ONLINE PAYMENT THANK YOU | $518.00 (CR) |
| **Transactions** | | | | |
| 11-15 | 11-17 | 05314617320100084118282 | BUDDY BEAR CAR WASH - BELLWOOD IL | $23.99 |
| 11-17 | 11-20 | 55432867321200062702214 | APL* ITUNES.COM/BILL 866-712-7753 CA | $10.61 |
| 11-19 | 11-20 | 55432667323200357862580 | SXM*SIRIUSXM.COM/ACCT 888-635-5144 NY | $30.73 |
| 11-20 | 11-21 | 05436847325000254058535 | WHOLEFDS ELM #10569 ELMHURST IL | $36.20 |
| 11-26 | 11-27 | 55432867330200604093030 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $20.99 |
| 11-28 | 11-30 | 55190847333976288888776 | AFTA EFFECTS SALON AN WESCHESTER IL | $170.00 |
| 11-29 | 11-30 | 55483827334400000787071 | WAL-MART #2215 DARIEN IL | $129.17 |
| 11-29 | 12-01 | 85183537334980012894854 | CT NAILS DARIEN IL | $125.00 |
| 11-29 | 12-01 | 85183537334980012894870 | CT NAILS DARIEN IL | $25.00 |
| 11-30 | 12-01 | 55310207335083113139176 | AMAZON.COM WWW.AMAZON. WWW.AMAZON.CO WA | $71.94 |
| 11-30 | 12-01 | 55432867334200311639493 | APL* ITUNES.COM/BILL 866-712-7753 CA | $2.99 |
| 12-01 | 12-04 | 55310207335083033138217 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $43.61 |
| 12-01 | 12-04 | 55432867335200641361783 | Amazon.com AMZN.COM/BILL WA | $7.94 |
| 12-01 | 12-04 | 55310207336083033302317 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $77.26 |
| 12-01 | 12-04 | 55310207335083197891874 | AMAZON.COM WWW.AMAZON. WWW.AMAZON.CO WA | $59.28 |
| 12-02 | 12-04 | 55432867336200786048541 | LOGMEINGOTOMYPC.COM 888-646-0014 MA | $24.70 |
| 12-02 | 12-04 | 05436647337500129364857 | PUBLIC STORAGE 23117 800-567-0759 IL | $64.00 |
| 12-03 | 12-04 | 55310207338400288000099 | KFC G135269 WESTCHESTER IL | $22.20 |
| 12-04 | 12-05 | 55316567339740338880142 | BP#97403901410 CRAIOPS LISLE IL | $40.92 |
| 12-05 | 12-06 | 55432867339200417388537 | Intuit *ProSeries 800-446-8848 CA | $30.81 |
| 12-05 | 12-06 | 55432867339200427551108 | GROUPON INC GROUPON.COM IL | $81.00 |
| 12-06 | 12-08 | 55432867341200830689376 | UNITED 800-932-2732 TX | $100.00 |
| | | | Ticket: 01626098061070 Name: LAWLER /FIRST CHECKED BAG | |
| 12-07 | 12-08 | 55432867342200938457659 | A+VEH REG RENEW SV#24 NAPERVILLE IL | $128.50 |
| 12-12 | 12-13 | 55432867346200833799466 | VONAGE *PRICE+TAXES 866-243-4357 NJ | $41.81 |
| 12-12 | 12-13 | 55432867346200833801221 | VONAGE *PRICE+TAXES 866-243-4357 NJ | $20.30 |
| 12-14 | 12-15 | 55432867346200249784361 | J2 EFAX SERVICES 323-817-3205 CA | $16.95 |
| 12-15 | 12-18 | 05314617350100118299620 | BUDDY BEAR CAR WASH - BELLWOOD IL | $23.99 |
| 12-16 | 12-18 | 55310207350083013292331 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $38.97 |
| **Fees** | | | | |
| 12-14 | 12-18 | 75201827352000352062000 | LATE FEE | $37.00 |
| **Total Fees For This Period** | | | | **$37.00** |
| **Interest Charged** | | | | |
| Interest Charge on Purchases | | | | $278.93 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $56.41 |
| **Total Interest For This Period** | | | | **$335.34** |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.   (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 16.99% (v) | N/A | $18,746.36 | 32 | $278.93 |
| Cash Advance | 26.24% (v) | N/A | $0.00 | 32 | $0.00 |
| Oct16 BT Special | 5.99% (f) | N/A | $2,682.65 | 32 | $14.07 |
| Dec16 BT Special | 5.99% (f) | N/A | $8,069.73 | 32 | $42.34 |

### 2017 Total Year-to-Date

Total fees charged in 2017 ................................................ $200.00
Total interest charged in 2017 ........................................ $1,778.57

Continued next page